```
1  PAUL L. REIN, Esq., (SBN 43053)
   JULIE OSTIL, Esq., (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:  510/832-5001
4  Facsimile:   510/832-4787

5  Attorneys for Plaintiffs
   EDWARD FORBES and MATTHEW FORBES, minors,
6  by JENNIFER FORBES as their Guardian Ad Litem
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES as their *Guardian Ad Litem*, <br><br> Plaintiffs, <br><br> v. <br><br> AUBURN RACQUET CLUB, INC.; MORRIS J. DRIMMER a.k.a. JACK DRIMMER; AUBURN RACQUET CLUB LIMITED PARTNERSHIP; AND DOES 1-25, Inclusive, <br><br> Defendants. _____ / | 2:07-cv-821-GEB-DAD <br><br> <u>Civil Rights</u> <br><br> **[PROPOSED] ORDER GRANTING PETITION FOR APPOINTMENT OF *GUARDIAN AD LITEM* FOR MINORS EDWARD FORBES AND MATTHEW FORBES** |

An *ex parte* petition having been made by JENNIFER FORBES, the natural and legal mother of EDWARD FORBES and MATTHEW FORBES, each a minor, for the appointment of a *Guardian Ad Litem* for the purpose of bringing an action in the Court against the defendants for the injuries sustained by said minors, and it appearing to this Court that said JENNIFER FORBES is fully competent to understand and protect the rights of said minors, and that she has no interests adverse to those of the minors;

IT IS ORDERED that JENNIFER FORBES is hereby appointed

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[Proposed] ORDER GRANTING PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM   -1-   G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\GUARDIAN ORDER.PL.wpd

*Guardian Ad Litem* for EDWARD FORBES and MATTHEW FORBES, each a minor, for the purpose of bringing an action against defendants for injuries and damages suffered by said minors, and for injunctive relief under the Americans With Disabilities Act of 1990, and under California state law, as stated in the accompanying Petition and as alleged in the Complaint, with full authority to act as such *Guardian Ad Litem*.

IT IS SO ORDERED.

Dated: July 24, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[Proposed] ORDER GRANTING PETITION FOR
APPOINTMENT OF GUARDIAN AD LITEM      -2-      G:\DOCS\GEB\DGEB2\ORDERS FOR SIGNATURE\GUARDIAN ORDER.PL.wpd