JAMES B. DRIMMER, State Bar No. 196890
2550 Fifth Avenue, Suite 900
San Diego, CA 92103
Telephone (619) 772-2328
Facsimile (415) 520-5335

KATHLEEN E. FINNERTY, State Bar No. 157638
MARC B. KOENIGSBERG, State Bar No. 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Phone: (916) 442-1111
Fax: (916) 448-1709

Attorneys for Defendants
Auburn Racquet Club, Inc., Morris J. Drimmer,
and Auburn Racquet Club Limited Partnership

PAUL L. REIN, State Bar No. 43053
JULIE A. OSTIL, State Bar No. 215202
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612

Attorneys for Plaintiffs
Edward Forbest and Matthew Formbes, minors,
by JENNIFER FORBES, as their
*Guardian Ad Litem*,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES, as their *Guardian Ad Litem*,<br><br>Plaintiffs,<br>v.<br><br>AUBURN RACQUET CLUB, INC.; MORRIS J. DRIMMER, AND AUBURN RACQUET CLUB LIMITED PARTNERSHIP;<br><br>Defendants. | Case No. 2:07-cv-00821-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE REBUTTAL EXPERT DISCLOSURE DATE**<br><br>Complaint Filed: May 1, 2007 |

Defendants Auburn Racquet Club, Inc.; Morris J. Drimmer; and Auburn Racquet Club Limited Partnership, and plaintiffs Edward Forbes and Matthew Forbes, by and through their respective counsel, hereby jointly stipulate and request that the Court grant an

1

additional 30 day continuance of the scheduled <u>rebuttal expert witness disclosure</u> (April 30, 2008), based on the following good cause:

1. Plaintiffs filed their action seeking renovations to defendants' health club facilities in Auburn, California to improve disabled access, as well as seeking damages and attorney's fees, litigation expenses, and costs.

2. On September 21, 2007, the parties conducted a joint site inspection of the premises. Plaintiffs informally provided defendants with their expert's report in advance of the initial disclosures date in or around October 2007. At this time, defendants have represented that they were already engaged in the process of planning a large scale remodel which by nature of the scope of the work to be completed would necessarily address most if not all of the plaintiffs' claims.

3. Defendants have informally provided plaintiffs with building plans detailing the work to be completed, which both sides in good faith believe has significantly narrowed the issues. Plaintiffs have reviewed these plans and responded with the remaining issues they have, and defendants are diligently working with plaintiffs' counsel to address them.

4. On March 31, 2008, this Court issued a minute order approving a prior stipulation among the parties to move the deadline for rebuttal expert disclosures from March 31, 2008, to April 30, 2008.

5. Since that time, counsel for all parties have continued to work productively and cooperatively toward the resolution of this case, exchanging information on an informal basis. Counsel for the parties had a productive telephone conference on April 16, 2008, the result of which is that plaintiff's counsel will prepare a consent decree for review by defense counsel, towards the goal of resolving this case in its entirety.

6. While the parties have been cooperating in good faith to resolve this matter and appear to be on the verge of doing so, the rebuttal exchange date currently looms at April 30, 2008. Obligating the defendants to have their rebuttal expert finalize his opinions and prepare a report at this time would significantly increase the cost of the case without

increasing the likelihood of settlement which the parties are aggressively working towards in the absence of formal discovery procedures.

7. The parties therefore jointly request that the court grant a continuance of the <u>rebuttal disclosure deadline</u> for a period of 30 days from April 30, 2008 to May 30, 2008, to allow the parties an opportunity to negotiate further the resolution of plaintiffs' claims.

8. A continuance of defendants' rebuttal expert disclosure will not affect any of the other deadlines in this case as discovery cut-off is not until July 31, 2008, and the last day to hear motions is September 22, 2008. Trial of this matter is not until February 24, 2009.

NOW, THEREFORE, IT IS HEREBY STIPULATED as follows:

1) That the rebuttal expert disclosure deadline be extended 30 days from April 30, 2008 to May 30, 2008. All other previously scheduled dates in this matter are to remain unchanged. SO STIPULATED:

Dated: April 17, 2008                PAUL L. REIN, ESQ.
                                     JULIE A. OSTIL, ESQ.
                                     LAW OFFICES OF PAUL L. REIN
                                     /s/ Julie A. Ostil
                                     Attorneys for Plaintiffs

Dated: April 17, 2008                MARC KOENIGSBERG, ESQ.
                                     GREENBERG TRAURIG LLP
                                     /s/ Marc B. Koenigsberg
                                     Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED.

The rebuttal expert disclosure date is continued May 30, 2008, and all remaining dates in this matter are unchanged.

Dated: April 28, 2008

GARLAND E. BURRELL, JR.
United States District Judge