UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FORBES and MATTHEW FORBES, minors, by JENNIFER FORBES, as their *Guardian Ad Litem*,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUBURN RACQUET CLUB, INC.; MORRIS J. DRIMMER; and AUBURN RAQUET CLUB LIMITED PARTNERSHIP,<br><br>    Defendants. | 2:07-cv-00821-GEB-DAD<br><br><br><br><br><u>ORDER</u> |

On June 25, 2008, the parties filed a Stipulation in which they seek an order referring this case to a magistrate judge "for a settlement conference" and a "60-day continuance of all scheduled dates . . . except for the trial date." The parties state they have reached a partial settlement in a proposed Consent Decree (which they state will be filed shortly) that resolves the injunctive relief claims, and that they desire additional time to negotiate Plaintiffs' attorney's fees and damages claims.

The parties request for a 60-day continuance will be granted below. However, the request for referral to a settlement judge is denied at this time since it is unclear whether it is

premised on the assumption that the parties' Consent Decree will be approved.

The Scheduling Order filed August 8, 2007 is modified as follows:

(1) discovery shall be completed by September 29, 2008;

(2) the last hearing date for motions shall be November 17, 2008, at 9:00 a.m.; and

(3) the final pretrial conference is set for January 26, 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge